UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| DIANE MANSELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No.: 1:19-CV-00355-DBH |
| ESOCO ORRINGTON, LLC | ) |
| (a/k/a PENOBSCOT ENERGY | ) |
| RECOVERY COMPANY), | ) |
| | ) |
| Defendant. | ) |

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT

Defendant, by and through counsel, hereby disclose the following:

1.      Penobscot Energy Recovery Company, LP (PERC) and ESOCO Orrington, LLC (ESOCO) have common ownership. USA Energy Group, LLC owns 100% of ESOCO Orrington, LLC and is the majority owner and sole General Partner of Penobscot Energy Recovery Company, LP with 69% ownership.

There is no publicly held corporation owning 10% or more of the stock of either of the plaintiffs or any of the parent companies referenced above.

Dated at Augusta, Maine this 4th day of November, 2019.

ESOCO ORRINGTON, LLC

*/s/ Ryan P. Dumais*
Ryan P. Dumais, Esq.
Eaton Peabody
P.O. Box 5249
Augusta, ME 04332-5249
(207) 622-3747
rdumais@eatonpeabody.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2019, I electronically filed Defendant's Corporate Disclosure Statement using the CM/ECF system, which will provide notice to counsel of record as follows:

Samuel S. Riotte. Esq.
McTeague Higbee
P.O. Box 5000
Topsham, ME 04086
sriotte@mcteaguehigbee.com

/s/ Ryan P. Dumais
Ryan P. Dumais, Esq.